A Professional Corporation
JAMES R. ROBIE, ESQ. (SBN 67303)
KYLE KVETON, ESQ. (SBN 110805)
500 South Grand Avenue, Suite 1500
Los Angeles, California  90071
Telephone:  (213) 706-8000
Facsimile:   (213) 706-9913

JS  6

Attorneys for Defendant STATE FARM GENERAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM KELLEY STUDIOS, INC.,<br><br>　　　　　Plaintiff,<br>　v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, and DOES 1-10,<br><br>　　　　　Defendant. | **Case No.:**<br>**CV 09-04018 RSWL-VBK**<br><br>[Assigned to the Honorable Ronald S. W. Lew]<br><br>**JUDGMENT**<br><br>Complaint filed:   June 4, 2009<br>Trial Date:         June 1, 2010 |

　　　This action came for hearing before the Court on May 28, 2010, the Honorable Ronald S.W. Lew, District Judge presiding, on Cross-motions for

- 1 –

summary judgment.  The evidence having been fully presented and considered, the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiff take nothing, that the action be dismissed on the merits, and that Defendant State Farm General Insurance Company recover its costs.

DATED:   June 8, 2010         \_\_\_\_\_RONALD S.W. LEW\_\_\_\_\_
                              Senior, U.S. District Court Judge