JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM KELLEY STUDIOS, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, and DOES 1-10,<br><br>            Defendant. | **Case No.:**<br>   **CV 09-04018 RSWL-VBK**<br><br>*[Assigned to the Honorable Ronald S.W. Lew]*<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>Complaint filed:   June 4, 2009<br>Trial Date:          September 18, 2012 |

Pursuant to the Stipulation for Dismissal [74] filed on August 15, 2012,

IT IS ORDERED:

1. Plaintiff Tom Kelley Studios, Inc.'s entire complaint against Defendant State Farm General Insurance Company, including all claims for relief alleged therein, is hereby dismissed with prejudice;

2. All parties shall bear their own attorneys' fees and costs;

3. The Court shall retain jurisdiction to enforce the Settlement Agreement and Release of Claims entered into between the parties.

DATED: 8-16-12

### RONALD S.W. LEW

THE HONORABLE RONALD S.W. LEW
Judge of the United States District Court
for the Central District of California

Submitted by:

Kyle Kveton, Esq.
Robie & Matthai
Attorneys for Defendant
State Farm General Insurance Co.

ORDER DISMISSING ACTION WITH PREJUDICE